6 

DECLARATION

Debtor(s)' Name(s)                           Case No. 18-09114

MORGAN DARLINE HOWARD

aka DARLINE RONETTA GRAHAM


I, ___MORGAN DARLINE HOWARD___, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __5__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules pursuant to Local Bankruptcy Rule 1007.


Date of execution:  8/7/2018                 _Morgan D. Howard_
                                             (Debtor)

_____                       _____
(Attorney, if applicable)                    (Spouse)

MML 6

HOWARD, MORGAN DARLINE                                          18-09114
AKA DARLINE RONETTA GRAHAM


DISCOVER FINANCIAL SERVICES
6011 0096 2878 2992
PO BOX 15316
WILMINGTON, DE  19850


US BANK
4432 6428 5633 0484
PO BOX 790408
ST. LOUIS, MO  93179-0408


KOHL'S PAYMENT CENTER
084 6311 272 03
PO BOX 3115
MILWAUKEE, WI  53201


BANK OF AMERICA
4744 8801 0836 7747
PO BOX 105576
ATLANTA, GA  30348-5576


SYNCHRONY BANK WALMART
6032 2037 5190 2577
PO BOX 965024
ORLANDO, FL  32896


CAPITAL ONE BANK USA NA
5178 0592 8413 2132
PO BOX 30281
SALTLAKE CITY, UT 84130


SYNCHRONY BANK CHEVRON PLCC
7061 5920 1090 9643
PO BOX 965015
ORLANDO, FL  32896


SYNCHRONY BANK QVC QCARD
6045 7610 2910 9064
PO BOX 530905
ATLANTA, GA 30353


BERLIN - WHEELER INC
PO BOX 479
TOPEKA, KS  66601


MML 1

HOWARD, MORGAN DARLINE                                            18-09114
AKA DARLINE RONETTA GRAHAM


AMERICAN EXPRESS
3727 420013 64501
4315 S 2700 W
SALT LAKE CITY, UT  84184-0440


REVSOLVE
SUN000 003940773
1395 N. HAYDEN
SCOTTSDALE, AZ 85252


TMOBILE
955610046
PO BOX 742596
CINCINNATI, OH  45274-2596


BUREAU OF MEDICAL ECONOMICS
6288215
PO BOX 20247
PHOENIX, AZ 85036-0247


COX
0018501196887505
PO BOX 78071
PHOENIX, AZ  85062-8071


AFNI
067120378-01
PO BOX 3517
BLOOMINGTON, IL 61702-3517


BIOREFERENCE LABORATORIES - PATIENT PAY
104424046-1709
PO BOX 21134
NEW YORK. NY 10087-1134


PLAZA SERVICES
110 HAMMOND DRIVE SUITE 110
ATLANTA, GA  30328


LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 1269
GREENVILLE, SC 29602

MML 2

Case 2:18-bk-09114-EPB    Doc 11   Filed 08/07/18   Entered 08/08/18 12:13:11    Desc
Main Document    Page 3 of 6

HOWARD, MORGAN DARLINE                                    18-09114
AKA DARLINE RONETTA GRAHAM


ADASTRA RECOVERY SERVICES INC
7330 W 33RD ST
WICHITA, KS  67205


AMSHER COLLECTION SERVICES
4524 SOUTHLAKE PARKWAY, STE #15
HOOVER, AL  35244


PAYLIANCE 104424046-1709
PO BOX 21134
NEW YORK. NY 10087-1134


AFNI INC
PO BOX 3427
BLOOMINGTON, IL 61702


AFNI INC
106865XXXX
PO BOX 3427
BLOOMINGTON, IL 61702


AD ASTRA RECOVERY SERVICE
399926X
7330 W 33RD ST
WICHITA, KS  67205


US COLLECTIONS WEST INC
518146XXXXXXXXXX
PO BOX 39695
PHOENIX, AZ 85069


BUREAU OF MEDICAL ECONOMICS
628798X
PO BOX 20247
PHOENIX, AZ 85036-0247


ADASTRA RECOVERY SERVICES INC
7330 W 33RD ST
WICHITA, KS  67205


AMSHER COLLECTION SERVICES
4524 SOUTHLAKE PARKWAY, STE #15
HOOVER, AL  35244

HOWARD, MORGAN DARLINE  18-09114
AKA DARLINE RONETTA GRAHAM


PAYLIANCE 104424046-1709
PO BOX 21134
NEW YORK. NY 10087-1134


AFNI INC
PO BOX 3427
BLOOMINGTON, IL 61702


AFNI INC
106865XXXX
PO BOX 3427
BLOOMINGTON, IL 61702


AD ASTRA RECOVERY SERVICE
399926X
7330 W 33RD ST
WICHITA, KS  67205


US COLLECTIONS WEST INC
518146XXXXXXXXXX
PO BOX 39695
PHOENIX, AZ 85069

BUREAU OF MEDICAL ECONOMICS
628798X
PO BOX 20247
PHOENIX, AZ 85036-0247

BUREAU OF MEDICAL ECONOMICS
6288821X
PO BOX 20247
PHOENIX, AZ 85036-0247

BUREAU OF MEDICAL ECONOMICS
626689X
PO BOX 20247
PHOENIX, AZ 85036-0247

BUREAU OF MEDICAL ECONOMICS
628798X
PO BOX 20247
PHOENIX, AZ 85036-0247

EOS CCA
786364X
PO BOX 329
NORWELL, MA 02061


MML 4

HOWARD, MORGAN DARLINE                                          18-09114
AKA DARLINE RONETTA GRAHAM


MIDWEST RECOVERY SYSTEM
912382XXXXXX
PO BOX 899
FLORISSANT, MO 63032

CREDIT SECURITY ACCEPTANCE
PO BOX 1310
MESA, AZ  85211

CF FINANCIAL
734 W MAIN ST
MESA, AZ  85201

GP CHANDLER INVESTCO, LLC
250 S ELIZABETH WAY
CHANDLER, AZ 85225

SPOT ME LOANS
7919 E THOMAS RD STE #108
SCOTTSDALE, AZ  85251

MML 5